AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE, VA
FILED
JAN 10 2023
LAURA A. AUSTIN, CLERK
BY: A. Beeson
DEPUTY CLERK

Travis Cole Maxfield
*Petitioner*

v.

Case No. 7:23CV00027-TC
*(Supplied by Clerk of Court)*

J.C. Streeval
*Respondent*
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Travis Cole Maxfield
   (b) Other names you have used: N/A

2. Place of confinement:
   (a) Name of institution: United States Penitentiary, Lee
   (b) Address: P.O. Box 305, Jonesville, VA 24263
   (c) Your identification number: #11464-025

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court, Southern District of Illinois
   (b) Docket number of criminal case: Doc. No. 14-CR-30197-NJR
   (c) Date of sentencing: June 15, 2015
   ☐ Being held on an immigration charge
   ☐ Other (explain):

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☒ Other *(explain):* career offender enhancement, §4B1.1

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: _____

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*

    _____

    (d) Date of the decision or action: _____

### Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☒ Yes            ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Federal Bureau of Prisons, USP-Lee (BP-9)

    (2) Date of filing: 11/10/22

    (3) Docket number, case number, or opinion number: 1142270-F1 F1

    (4) Result: Denied

    (5) Date of result: 11/29/22

    (6) Issues raised: My sentence enhancement is invalid as I am no longer considered a career offender. My guideline range should be lowered.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Federal Bureau of Prisons, Regional Director, (BP-10)
      (2) Date of filing: 12/18/22
      (3) Docket number, case number, or opinion number: _____
      (4) Result: Denied (BOP claiming it received the appeal untimely but I mailed it on the 18th)
      (5) Date of result: Unknown
      (6) Issues raised: ~~My sentence enhancement is invalid as I am no longer~~ considered a career offender, and my guideline range should be lowered. Without the career offender desgination, I have overserved my sentence.

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Bureau of Prisons, Central Office (BP-11) (did not pursue final appeal due to previous response indicative
      (2) Date of filing: that BOP could not do anything about the situation-futile?)
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: Same as above (sentence enhancement invalid as a career offender.

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☒ Yes ☐ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: At the time I was required to file my initial §2255 motion with my sentencing court, the state of the law was against my claim or argument that residential burglary was not a qualifying prior offense for the purpose of the career offender designation. The statute was interpreted later on by my circuit court of appeals, to support my claim. U.S. v. Glispie, 978 F.3d 502 (7th Cir. 2020). The case was not available for me to press in my intial 2255 motion.

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes     ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes     ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes     ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☐ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____

    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____

    (d) Docket number, case number, or opinion number: _____

    (e) Result: _____

    (f) Date of result: _____

    (g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Petitioner's career offender enhancement under U.S.S.G. §4B1.1 Is Invalid Where Prior Conviction for "residential burglary" is not a violent crime.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

After I pleaded guilty the probation officer filed a presentence investigation report concluding that two of my prior felony convictions for crimes of violence, i.e., residential burglary and aggravated battery, qualified me as a career offender under §4B1.1 of the guidelines. My offense level jumped to 34, and range went to 188-235. Without the designation, my range would have been only 100-125 months. I have already completed that sentence. New caselaw shows the residential burglary is not a qualifying crime under §4B1.1 of guidelines.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND TWO:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: When I filed my appeal with the Seventh Circuit in 2016, the circuit law held that "residential burglary under 720 ILCS 5/19-3 qualified as a crime of violence." Three years later, and only after my one-year time limitation to file a 2255 motion had expired, the Seventh Circuit changed course; it held in a later decision that residential burglary did not count as a qualifying offense. *(See ATTACHED)*

**Request for Relief**

15. State exactly what you want the court to do: Vacate my sentence and resentence me without the career offender enhancement.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_DECEMBER 30, 2022_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _12/30/22_

_Travis Cole Muffield_
Signature of Petitioner

_N/A_
Signature of Attorney or other authorized person, if any

TRAVIS Cole HATFIELD #11964-025
U.S.P. LEE
P.O. BOX 305
Jonesville, VA 24263



CLERK of COURT
WESTERN DISTRICT OF
210 FRANKLIN RO,
ROOM #30
ROANOKE, VIRGINIA

"LEGAL MAIL"



VIRGINIA

AD, S.W.

8

24011-2204